# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FULTON PARK UNIT OWNERS' ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PN II, INC., et al.,<br><br>    Defendants. | 2:11-CV-783 JCM (LRL) |

### ORDER

Presently before the court is defendant PN II's motion to set aside clerk's entry of default. (Doc. #12). Thereafter, the parties submitted a stipulation to vacate default entered against defendant on June 3, 2011, and that the motion to set aside default be withdrawn as moot, with each side to bear its own attorneys' fees and costs. (Doc. #13).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that PN II's motion to set aside clerk's entry of default (doc. #12) is DENIED as moot as per the parties's stipulation (doc. #13);

IT IS FURTHER ORDERED that default entered against defendant PN II on June 3, 2011, (doc. #9) is hereby VACATED as per the parties' stipulation (doc. #13).

DATED July 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**