UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FULTON PARK UNIT OWNERS' ASSOCIATION, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>PN II, INC., et al.,<br><br>               Defendants. | 2:11-CV-783 JCM (LRL) |

**ORDER**

Presently before the court is defendant's motion to reassign the case to the Honorable Judge Robert C. Jones. (Doc. #4). Plaintiffs Michael Crowder, Tricia Crowder, Fulton Park Unit Owners' Association, Lisa Lynn, Raina Musser, Linda Trimmer, and Leon Turner have responded (doc. #14), and defendant PN II, Inc., has replied (doc. #20).

Pursuant to 28 U.S.C. § 1631, the court may transfer a case "to any other such court in which the action or appeal could have been brought at the time it was filed or noticed. . . ." In the present motion (doc. #4), defendant contends that transfer is appropriate because Judge Jones is already familiar with the facts of the case as a result of having presided over *Slaughter v. Uponor, Inc.*, (2:08-cv-01223-RCJ-GWF). Although the *Slaughter* case is now closed, both *Slaughter* and the matter presently before the court involved allegations that defective high zinc yellow brass fittings were used in the manufacture of plaintiffs' homes. This court has recently reached the same conclusion in ruling on a motion to reassign in *Wolinsky et al. v. Carina Corporation* (2:11-cv-

**James C. Mahan**
**U.S. District Judge**

1  00830-RCJ-PAL).

2  Upon consideration of defendant's motion (doc. #30), as well as the record, the court
3  concludes that there are common issues and evidentiary concerns between the two cases. In the
4  interest of judicial economy and efficiency, and in order to prevent contradictory rulings, the above
5  captioned case shall be transferred to Judge Robert C. Jones.

6  Accordingly,

7  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to
8  transfer (doc. #4) be, and the same hereby is, GRANTED. The clerk shall transfer the above
9  captioned case to Judge Robert C. Jones.

10  DATED August 17, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -