**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FULTON PARK UNIT OWNERS' ASS'N et al.,  ) | |
|                                        ) | |
|             Plaintiffs,                ) | |
|                                        ) | 2:11-cv-00783-RCJ-CWH |
|    vs.                                 ) | |
|                                        ) | |
| PN II, INC. et al.,                    ) | **ORDER** |
|                                        ) | |
|             Defendants.                ) | |
|                                        ) | |

This removed class action arises out of the installation in new homes of allegedly defective high-zinc-content brass ("yellow brass") plumbing fittings. Plaintiffs have moved to consolidate two similar removed class actions into the present case. First, Case No. 2:11-cv-00812, pending before Judge Roger L. Hunt, was filed by the same attorneys as the present case, is brought against most of the same Defendants, and alleges the same factual background and theories of relief. Having obtained the concurrence of Judge Hunt, the Court grants the motion. *See* Fed. R. Civ. P. 42(a); *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989). Second, Case No. 2:11-cv-00830, pending before this Court, was filed by the same attorneys as the present case, alleges the same factual background and similar theories of relief, but is brought against a different Defendant. The Court grants that motion, as well. *See* Fed. R. Civ. P. 42(a). This Court has already made substantial rulings in another substantially similar case, Case No. 2:08-cv-01223, which case also has many of the same attorneys as the present case, is based upon the same factual background and theories of relief, is brought against many of the same Defendants, and which is on appeal before the Ninth Circuit.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Consolidate (ECF Nos. 6, 8) are GRANTED.

IT IS SO ORDERED.

Dated this 7th day of October, 2011.

_____
ROBERT C. JONES
United States District Judge